1
2
3
4
5
6        **IN THE UNITED STATES DISTRICT COURT**
7          **FOR THE DISTRICT OF ARIZONA**
8

9   Jacob Stephen Davis, et al.,              **NO. CV-24-01075-PHX-MTL (ASB)**
10            Plaintiffs,
                                              **JUDGMENT OF DISMISSAL IN A**
11   v.                                       **CIVIL CASE**
12   Steven Grill, et al.,
13            Defendants.
14

15        **Decision by Court.**  This action came for consideration before the Court.  The
16   issues have been considered and a decision has been rendered.
17        IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed May
18   24, 2024, Plaintiff to take nothing, and the complaint and action are dismissed without
19   prejudice.
20                                      Debra D. Lucas
                                        District Court Executive/Clerk of Court
21
22   May 24, 2024
23                                      s/ K. Gray
                              By        Deputy Clerk
24
25
26
27
28